**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KEVIN W. MARDIS, | ) | No. EDCV 03-938-ODW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MIKE EVANS (Acting Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as time-barred.

DATED: March 31, 2009

OTIS D. WRIGHT, II
United States District Judge